**No. 40392.**—Protest 763736–G of Greenberg & Josefsberg (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Woolworth* (24 C. C. P. A. 338, T. D. 48770), *May* v.

*United States* (T. D. 47760), and *Woolworth* v. *United States* (T. D. 48573) uninflated rubber balls and tennis rackets were held dutiable at 30 percent under paragraph 1502 as claimed.